**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JMWays LLC d/b/a Skyline Chili** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2774193** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3505 Grant Line Rd.**<br>**New Albany, IN 47150** | **3310 E 10th St. Suite 351**<br>**Jeffersonville, IN 47130** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **JMWays LLC d/b/a Skyline Chili**                          Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

Debtor   **JMWays LLC d/b/a Skyline Chili**                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **JMWays LLC d/b/a Skyline Chili**       Case number (*if known*)
Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **JMWays LLC d/b/a Skyline Chili** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2023**
MM / DD / YYYY

**X** **/s/ William Jacobs**                    **William Jacobs**
Signature of authorized representative of debtor       Printed name

Title   **Managing Partner**

**18. Signature of attorney**

**X** **/s/ Weston E. Overturf**        Date   **October  6, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone   **317-777-7443**        Email address

**27281-49 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2023**          X *⁄s⁄ William Jacobs*
                                              Signature of individual signing on behalf of debtor

                                              **William Jacobs**
                                              Printed name

                                              **Managing Partner**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JMWays LLC d/b/a Skyline Chili** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Angel Long 712 Academy Dr. Apt 11 New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $561.00 |
| **Christopher Goode 494 South Main St. Marengo, IN 47140** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $437.00 |
| **David Kessinger II 2220 E Spring St. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $1,008.00 |
| **Elizabeth Nieman 6255 Forest Grove Dr. NE Georgetown, IN 47122** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $207.00 |
| **Gary Swartz 2225 Heritage Way Northwest Corydon, IN 47112** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $1,188.00 |
| **Haley Hagedorn 1611 State St. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $495.00 |

Debtor  **JMWays LLC d/b/a Skyline Chili**                                    Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hannah Doss 4244 Grantline View Court New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $495.00 |
| **Jenna Knauer 708 Academy Dr. Apt 20 New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $132.00 |
| **Jeremiah Royality 2688 Grant Line Road Apt 10D New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $336.00 |
| **Kami Kessinger 2221 Hamburg Pike Jeffersonville, IN 47130** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $981.00 |
| **Kim Clare 145 McGrain St. Corydon, IN 47112** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $2,076.94 |
| **Kindra Bailey 352 Erni Ave. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $468.00 |
| **Lisa Graham 814 University Woods Dr. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $131.00 |
| **Mariah Smith 1722 Ekin Avenue New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | $855.00 |

Debtor   **JMWays LLC d/b/a Skyline Chili**                          Case number *(if known)* _____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mike Marlow 3310 E 10th St. Suite 351 Jeffersonville, IN 47130** | | **Loan** | | | | **$133,114.00** |
| **Mike Marlow 403 Orchard Hilld Dr. #8 Jeffersonville, IN 47130** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$2,307.70** |
| **Nashiria Neal 1515 Byron Dr. Clarksville, IN 47129** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$340.00** |
| **Taylor Barnett 30 Countryside Dr. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$242.00** |
| **Thomas Cornett 1444 Vincennes St. New Albany, IN 47150** | | **Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$930.00** |
| **William Jacobs 3505 Grant Line Rd. New Albany, IN 47150** | | **Loan** | | | | **$44,200.00** |

**Fill in this information to identify the case:**

Debtor name  **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................. $ **1,200,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $ **157,890.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $ **1,357,890.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ **1,354,914.72**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **13,190.64**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **177,314.00**

4. Total liabilities ..................................................................................................................
   Lines 2 + 3a + 3b
   
   $ **1,545,419.36**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Savings Bank** | **Checking** | **9517** | **$4,418.00** |
| 3.2. | **PNC Bank** | **Checking** | **5299** | **$100.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $4,518.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

Debtor    **JMWays LLC d/b/a Skyline Chili**                           Case number *(If known)* _____
          Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Food products, paper goods and merchandise** | | **$11,000.00** | | **$11,000.00** |

| 23. | **Total of Part 5.** | **$11,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

Debtor    **JMWays LLC d/b/a Skyline Chili**                          Case number *(If known)* _____
          Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**
       **Furniture**                                    $88,241.00                                    $88,241.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              | $88,241.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Food Trailer with equipment** | **$2,100.00** | | **$1,250.00** |
| 47.2.    **Van** | **$10,000.00** | | **$10,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Walk in cooler/freezer, steam table, ice<br>machine, smallwares.** | **$42,881.00** | | **$42,881.00** |

51.    **Total of Part 8.**                                                             | $54,131.00 |
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **JMWays LLC d/b/a Skyline Chili** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Building located on leased land.** | | **Unknown** | | **$1,200,000.00** |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$1,200,000.00** |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties**<br>**Skyline Franchise Agreementa nd option for two additional locations** | **Unknown** | | **Unknown** |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

Debtor    **JMWays LLC d/b/a Skyline Chili**                                    Case number *(If known)* _____
          Name

| | |
|---|---|
| 66.    **Total of Part 10.** | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **JMWays LLC d/b/a Skyline Chili**                     Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,518.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $88,241.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,131.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $1,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,890.00 | + 91b. $1,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,357,890.00 |

| Fill in this information to identify the case: |
|---|

Debtor name   **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| **2.1** | **First Savings Bank** | Describe debtor's property that is subject to a lien | **$1,354,914.72** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**501 E. Lewis & Clark Parkway**
**Clarksville, IN 47129**

Creditor's mailing address

**SEE UCC FINANCING STATEMENT ATTACHED**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 7008**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$1,354,914.72** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

# UCC FINANCING STATEMENT

## NAME OF CONTACT AT FILER
LIEN SOLUTIONS

**Indiana Secretary of State**
201800005333439
Jun 29 2018  8:00 AM

## EMAIL ADDRESS
UCCFILINGRETURN@WOLTERSKLUWER.COM

---

## DEBTOR'S EXACT FULL LEGAL NAME

### ORGANIZATION'S NAME
JM WAYS, LLC

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3310 E. 10TH STREET #351 | JEFFERSONVILLE | IN | 47130 | USA |

---

## DEBTOR'S EXACT FULL LEGAL NAME

### ORGANIZATION'S NAME
NA ONE LLC

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3310 E. 10TH STREET #351 | JEFFERSONVILLE | IN | 47130 | USA |

---

## SECURED PARTY'S NAME

### ORGANIZATION'S NAME
FIRST SAVINGS BANK

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 501 E. LEWIS & CLARK PARKWAY | CLARKSVILLE | IN | 47129 | USA |

---

## THIS FINANCING STATEMENT covers the following collateral:

ALL ASSETS AND PROPERTY INCLUDING BUT NOT LIMITED TO THE FOLLOWING:   ALL EQUIPMENT AND MACHINERY, (EXCLUDING MOTOR VEHICLES), INCLUDING POWER-DRIVEN MACHINERY AND EQUIPMENT, FURNITURE AND FIXTURES NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS THEREOF, ALL ATTACHMENTS, ACCESSORIES, ACCESSIONS, PARTS AND TOOLS BELONGING THERETO OR FOR USE IN CONNECTIONS THEREWITH, WHEREVER LOCATED.   ALL GOODS AND ACCESSIONS.   ALL INVENTORY, RAW MATERIALS, WORK IN PROCESS AND SUPPLIES NOW OWNED OR HEREAFTER ACQUIRED. ALL ACCOUNTS, DEPOSIT ACCOUNTS, ACCOUNTS RECEIVABLE NOW OUTSTANDING OR HEREAFTER ARISING, AND ALL BOOKS, AND RECORDS PERTAINING THERETO AND ALL ADDITIONS, SUBSTITUTIONS, REPLACEMENTS AND PROCEEDS THEREOF.   ALL CONTRACT RIGHTS, DOCUMENTS, INSTRUMENTS AND PROMISSORY NOTES, INVESTMENT PROPERTY, CHATTEL PAPER, GENERAL INTANGIBLES AND PAYMENT INTANGIBLES NOW IN FORCE OR HEREAFTER ACQUIRED, INCLUDING GOOD WILL AND ALL OTHER ASSETS, LEASES, RIGHTS TO LEASES OR LEASED PROPERTIES.   ALL OF THE ABOVE, WHETHER NOW OR HEREAFTER OWNED AND WHEREVER LOCATED AND THE PROCEEDS THEREOF.

---

## Optional Filer Reference

64920150

| Fill in this information to identify the case: |
| --- |
| Debtor name   **JMWays LLC d/b/a Skyline Chili** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$561.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Angel Long**
**712 Academy Dr.**
**Apt 11**
**New Albany, IN 47150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$437.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Christopher Goode**
**494 South Main St.**
**Marengo, IN 47140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **JMWays LLC d/b/a Skyline Chili**  Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $0.00 |
|---|---|---|---|---|

**David Kessinger II**
**2220 E Spring St.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Kessinger Sr.**
**2221 Hamburg Pike**
**Jeffersonville, IN 47130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $0.00 |
|---|---|---|---|---|

**Elizabeth Nieman**
**6255 Forest Grove Dr. NE**
**Georgetown, IN 47122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.00 | $0.00 |
|---|---|---|---|---|

**Gary Swartz**
**2225 Heritage Way Northwest**
**Corydon, IN 47112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **JMWays LLC d/b/a Skyline Chili**                     Case number *(if known)* _____
_____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $0.00 |

**Haley Hagedorn**
**1611 State St.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $0.00 |

**Hannah Doss**
**4244 Grantline View Court**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Indiana Department of Revenue**
**100 North Senate Avenue**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**2020-present income and other withholding taxes**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**575 N. Pennsylvania Street**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**2020-present income and withholding taxes**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **JMWays LLC d/b/a Skyline Chili**  Case number *(if known)* _____
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $0.00 |
|---|---|---|---|---|

**Jenna Knauer**
**708 Academy Dr.**
**Apt 20**
**New Albany, IN 47150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $0.00 |
|---|---|---|---|---|

**Jeremiah Royality**
**2688 Grant Line Road**
**Apt 10D**
**New Albany, IN 47150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.00 | $0.00 |
|---|---|---|---|---|

**Kami Kessinger**
**2221 Hamburg Pike**
**Jeffersonville, IN 47130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,076.94 | $0.00 |
|---|---|---|---|---|

**Kim Clare**
**145 McGrain St.**
**Corydon, IN 47112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **JMWays LLC d/b/a Skyline Chili**                    Case number (if known) _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.00 | $0.00 |
|------|----|----|----|----|

**Kindra Bailey**
**352 Erni Ave.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | $131.00 | $0.00 |
|------|----|----|----|----|

**Lisa Graham**
**814 University Woods Dr.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | $855.00 | $0.00 |
|------|----|----|----|----|

**Mariah Smith**
**1722 Ekin Avenue**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | $2,307.70 | $0.00 |
|------|----|----|----|----|

**Mike Marlow**
**403 Orchard Hilld Dr.**
**#8**
**Jeffersonville, IN 47130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **JMWays LLC d/b/a Skyline Chili**                           Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
|------|---|---|---|---|

**Nashiria Neal**
**1515 Byron Dr.**
**Clarksville, IN 47129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 | $0.00 |
|------|---|---|---|---|

**Taylor Barnett**
**30 Countryside Dr.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.00 | $0.00 |
|------|---|---|---|---|

**Thomas Cornett**
**1444 Vincennes St.**
**New Albany, IN 47150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

   **3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | |

**Mike Marlow**
**3310 E 10th St. Suite 351**
**Jeffersonville, IN 47130**

As of the petition filing date, the claim is: *Check all that apply.*          **$133,114.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **JMWays LLC d/b/a Skyline Chili**
_____    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Skyline Chili, Inc.** | ☐ Contingent | |
| | **4180 Thunderbird Lane** | ☐ Unliquidated | |
| | **Fairfield, OH 45014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Franchise Agreement_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,200.00** |
|---|---|---|---|
| | **William Jacobs** | ☐ Contingent | |
| | **3505 Grant Line Rd.** | ☐ Unliquidated | |
| | **New Albany, IN 47150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Loan_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $        13,190.64 |
| 5b. Total claims from Part 2 | 5b.  + | $      177,314.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $      190,504.64 |

**Fill in this information to identify the case:**

Debtor name    **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Area Franchise Agreement** | |
| State the term remaining | |
| List the contract number of any government contract    _____ | **Skyline Chili, Inc.**<br>**4180 Thunderbird Ln.**<br>**Fairfield, OH 45014** |

**Fill in this information to identify the case:**

Debtor name **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Michael Marlow** | **3310 E 10th St. #351**<br>**Jeffersonville, IN 47130** | **First Savings Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **NA One LLC** | **3310 E 10th St. #351**<br>**Jeffersonville, IN 47130** | **First Savings Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **William Jacobs** | **3505 Grant Line Rd.**<br>**New Albany, IN 47150** | **First Savings Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name  **JMWays LLC d/b/a Skyline Chili**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$759,668.34** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$998,351.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See Attached** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **JMWays LLC d/b/a Skyline Chili**                                          Case number *(if known)*

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

---

Debtor    **JMWays LLC d/b/a Skyline Chili**                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

Debtor    **JMWays LLC d/b/a Skyline Chili**                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Store Space Self Storage 3525 Grant Line Rd. New Albany, IN 47150** | **Mike Marlow, William Jacobs** | **Catering supplies and paper products** | ☐ No ■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **JMWays LLC d/b/a Skyline Chili**                                Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  NA One LLC 3310 E. 10th St. #351 Jeffersonville, IN 47130 | **NEED INFORMATION** | EIN:    82-4639725 From-To |
| 25.2.  Willow Mangement Ltd. 3310 E. 10th St. #251 Jeffersonville, IN 47130 | **NEED INFORMATION** | EIN:    83-1248490 From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Lyssa Phifer MKA Pal Beach, LLC 631 US Highway 1 STE 405 North Palm Beach, FL 33408 | 2022 |

Debtor  **JMWays LLC d/b/a Skyline Chili**                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2. **Rob Howard** 222 Kentucky Dr. Newport, KY 41071 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Jacobs** | **3505 Grant Line Rd. New Albany, IN 47150** | **Managing Partner** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Marlow** | **3310 E 10th St. #351 Jeffersonville, IN 47130** | **Managing Partner** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **JMWays LLC d/b/a Skyline Chili**                          Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  6, 2023**

**/s/ William Jacobs**                                              **William Jacobs**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Managing Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes



PERIODIC STATEMENT
Date: Jun 30, 2023
Period: Jun 01, 2023 to Jun 30, 2023
(30 Days )
Enclosures: 5

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

Any Statement Savings with a non-personal primary account holder will be
moving to a Business Statement Savings account on August 14th. All Daviess
Statement Savings accounts will be renamed Statement Savings on
August 14th.

## Small Business Checking
**ACCOUNT : CK -**

 **JM Ways LLC**

### Enclosures: 5

## Account Summary

| | |
|---|---|
| Beginning Balance as of 06/01/23 | 12,803.06 |
| Deposits & Other Credits | 101,018.23 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 112,245.94 |
| Average Balance | 7,320.46 |
| Ending Balance as of 06/30/23 | 1,575.35 |

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| 06/01 | | Deposit | | 608.00 |
| 06/01 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 73.83 |
| 06/01 | | ACH Credit EDI PAYMNT UBER USA 6787 ID3320456349 REF*TN*RT3MHS5VVI\ | | 171.05 |
| 06/01 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,937.95 |
| 06/02 | | Deposit | | 1,487.31 |
| 06/02 | | ACH Credit May Actvty GRUBHUB INC ID1261328194 | | 15.10 |
| 06/02 | | ACH Credit May Actvty GRUBHUB INC ID1261328194 | | 130.83 |
| 06/02 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 134.75 |
| 06/02 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,055.21 |
| 06/05 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 9.33 |
| 06/05 | | ACH Credit 230605P2 Square | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
| | | Inc ID9424300002 | | 278.03 |
| 06/05 | | ACH Credit 230605P2 Square | | |
| | | Inc ID9424300002 | | 296.80 |
| 06/05 | | ACH Credit GIFT CARD 5/3 | | |
| | | BANKCARD SYS ID1310281170 5/3 | | |
| | | BANKCARD GC FRANCH | | |
| | | STL4445024869315 SKYLINE | | |
| | | CHILI SOUTHE | | 467.51 |
| 06/05 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,534.46 |
| 06/05 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,381.45 |
| 06/05 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,407.65 |
| 06/06 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | 96.24 |
| 06/06 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 277.44 |
| 06/06 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,352.68 |
| 06/07 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 95.29 |
| 06/07 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,644.70 |
| 06/08 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 107.41 |
| 06/08 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,206.49 |
| 06/08 | | ACH Credit Receivable Sky | | |
| | | Co-op ID1204895317 | | |
| | | 016AHATYT2QBZMO Sky Co-op | | |
| | | Bill.com Acct #New Albany | | |
| | | Ind. - I | | 3,006.58 |
| 06/09 | | Deposit | | 15,000.00 |
| 06/09 | | ACH Credit Jun Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 78.90 |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| 06/09 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 133.25 |
| 06/09 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,820.23 |
| 06/12 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 134.02 |
| 06/12 | | ACH Credit 230612P2 Square Inc ID9424300002 | | 186.59 |
| 06/12 | | ACH Credit 230612P2 Square Inc ID9424300002 | | 243.47 |
| 06/12 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,690.72 |
| 06/12 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,006.55 |
| 06/12 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,723.21 |
| 06/13 | | ACH Credit EDI PAYMNT UBER USA 6787 ID3320456349 | | 104.65 |
| 06/13 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 304.49 |
| 06/13 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,471.76 |
| 06/14 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 160.75 |
| 06/14 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,674.61 |
| 06/15 | | Deposit | | 1,193.00 |
| 06/15 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 131.38 |
| 06/15 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,001.88 |
| 06/16 | | ACH Credit Jun Actvty GRUBHUB INC ID1261328194 | | 93.27 |
| 06/16 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 210.35 |
| 06/16 | | ACH Credit TXNS/FEES HRTLAND | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| | | PMT SYS IDWFBEHPS001 | | 2,108.71 |
| 06/16 | | Deposit | | 1,159.46 |
| 06/20 | | ACH Credit 230619P2 Square Inc ID9424300002 | | 132.11 |
| 06/20 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 167.28 |
| 06/20 | | ACH Credit 230620P2 Square Inc ID9424300002 | | 220.94 |
| 06/20 | | ACH Credit 230619P2 Square Inc ID9424300002 | | 259.36 |
| 06/20 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 333.80 |
| 06/20 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,243.89 |
| 06/20 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,312.83 |
| 06/20 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,326.53 |
| 06/20 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 3,062.71 |
| 06/21 | | ACH Credit EDI PAYMNT UBER USA 6787 ID3320456349 REF*TN*HI69Y2AE4O\ | | 101.60 |
| 06/21 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 160.12 |
| 06/22 | | Deposit | | 2,200.00 |
| 06/22 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 68.52 |
| 06/22 | | ACH Credit 230622P2 Square Inc ID9424300002 | | 688.45 |
| 06/23 | | Deposit | | 350.00 |
| 06/23 | | ACH Credit Jun Actvty GRUBHUB INC ID1261328194 | | 91.29 |
| 06/23 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 140.07 |
| 06/26 | | ACH Credit 230626P2 Square | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | Inc ID9424300002 | | 141.40 |
| 06/26 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 156.97 |
| 06/26 | | ACH Credit 230626P2 Square | | |
| | | Inc ID9424300002 | | 158.27 |
| 06/26 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,916.81 |
| 06/26 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,217.76 |
| 06/26 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 9,218.34 |
| 06/27 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | 242.38 |
| 06/27 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 285.14 |
| 06/27 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,020.75 |
| 06/28 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 51.66 |
| 06/28 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,760.72 |
| 06/29 | | Deposit | | 1,380.00 |
| 06/29 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 75.36 |
| 06/29 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,564.84 |
| 06/30 | | Deposit | | 1,318.16 |
| 06/30 | | ATM Deposit 3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #FNCFF3A1 | | 600.00 |
| 06/30 | | ACH Credit Jun Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 137.75 |
| 06/30 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 193.63 |
| 06/30 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,311.45 |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|-------------:|--------------:|
| 06/01 | | ATM POS Debit  CINTAS CORP 972-9967900 OH #0896 #MRH | 42.80 | |
| 06/01 | | ACH Debit ACH Debit INDIANA LOGO SIG ID9200502236 Internet Initiated Transaction- | 167.00 | |
| 06/01 | | ACH Debit INS. EQUITABLE ID1135570651 | 594.04 | |
| 06/01 | | ACH Debit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | 730.66 | |
| 06/02 | | ATM POS Debit  MIDWEST SECURITY 888-408-0188 OH #0896 #MRH | 52.31 | |
| 06/02 | | Tfr to XXXXXX0796 payroll Willow Management Gr | 13,000.00 | |
| 06/02 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 2,956.35 | |
| 06/06 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 2,904.48 | |
| 06/07 | | ATM POS Debit  TRENDCO SUPPLY INC BATAVIA OH #0896 #MRH | 335.31 | |
| 06/07 | | ACH Debit PREM PMT GRANGE INSURANCE ID1314192970 | 927.64 | |
| 06/08 | | ATM POS Debit  CINTAS CORP 972-9967900 OH #0896 #MRH | 42.80 | |
| 06/08 | | ATM POS Debit WAL-MART #2691 2910 GRANT LINE ROAD NEW ALBANY IN #0896 #24269101 | 112.79 | |
| 06/08 | | ATM POS Debit  JEFFERSONVILLE PARKS DEPT 812-2856440 IN #0896 #MRH | 214.80 | |
| 06/09 | | ATM POS Debit WM SUPERCENTER # Wal-Mart Super Center NEW ALBANY IN #0896 #26910004 | 36.89 | |
| 06/09 | | ATM POS Debit  COCA COLA CONSOLIDATED I 800-777-2262 | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
| | | NC #0896 #MRH | 346.56 | |
| 06/09 | | ACH Debit MPS BILLNG FIFTH THIRD ACH ID1310281170 | 15.74 | |
| 06/09 | | ACH Debit ADP FEES ADP PAYROLL FEES ID9659605001 | 104.43 | |
| 06/09 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,139.36 | |
| 06/10 | | Payment · Automatic Loan Pymt W/D | 14,671.81 | |
| 06/12 | | ATM POS Debit O REILLY AUTO PA O REILLY AUTO PARTS 630 NEW ALBANY IN #2089 #52995701 | 21.38 | |
| 06/12 | | ATM POS Debit  TRENDCO SUPPLY INC BATAVIA OH #0896 #MRH | 302.00 | |
| 06/13 | | ATM POS Debit KROGER FUEL #874 2864 CHARLESTOWN RD NEW ALBANY IN #3476 #50874423 | 52.75 | |
| 06/13 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,941.01 | |
| 06/14 | | ATM POS Debit  APR*APPRIVER 850-932-5338 FL #3476 #MRH | 70.98 | |
| 06/15 | | Tfr to XXXXXX0796 payroll Willow Management Gr | 14,300.00 | |
| 06/15 | | ACH Debit ACH PMT AMEX EPAYMENT ID0005000008 | 1,000.00 | |
| 06/16 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,913.02 | |
| 06/20 | | ATM POS Debit WM SUPERCENTER # Wal-Mart Super Center NEW ALBANY IN #3476 #26910004 | 12.25 | |
| 06/20 | | ATM POS Debit WM SUPERCENTER # Wal-Mart Super Center NEW ALBANY IN #3476 #26910004 | 52.29 | |
| 06/20 | | ATM POS Debit KROGER FUEL #874 2864 CHARLESTOWN RD NEW ALBANY IN #3476 #50874416 | 60.01 | |


**FIRST SAVINGS**
B   A   N   K.
*Where you're always First*

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
| 06/21 | | ATM POS Debit KROGER FUEL #877 1027 JEFFERSONVILLE JEFFERSONVILL IN #3476 #50877632 | 50.12 | |
| 06/21 | | ACH Debit 8002255627 NCR HSR DIV ID2141901461 | 57.18 | |
| 06/21 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,154.74 | |
| 06/22 | | ACH Debit INDORITS DOR ITS PAYMENTS ID9207000TAX | 5,516.75 | |
| 06/23 | | ACH Debit ADP FEES ADP PAYROLL FEES ID9659605001 | 134.80 | |
| 06/23 | | ACH Debit WEB_PAY DUKEENERGYCORPOR ID4700130001 | 1,750.00 | |
| 06/23 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 2,989.47 | |
| 06/26 | | ATM POS Debit  XERO US INV-4628368 HTTPSWWW.XERO CO #3476 #MRH | 46.33 | |
| 06/27 | | ATM POS Debit GFS STORE #1515 1060 Veterans Parkway Clarksville IN #3476 #15000300 | 121.50 | |
| 06/27 | | Billpay Rob Howard | 400.00 | |
| 06/27 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,315.38 | |
| 06/28 | | ACH Debit INS PYMT HUMANA INC. ID9040604802 | 2,880.00 | |
| 06/29 | | ATM POS Debit USPS PO 17598407 145 E ELM ST NEW ALBANY IN #3476 #84075096 | 9.65 | |
| 06/30 | | ATM POS Debit  COCA COLA CONSOLIDATED I 800-777-2262 NC #3476 #MRH | 154.72 | |
| 06/30 | | ATM POS Debit  170 NEWS AND TRIBUNE 812-2836636 IN #3476 | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | #MRH | 230.00 | |
| 06/30 | | Tfr to XXXXXX0796 payroll | | |
| | | Willow Management Gr | 14,700.00 | |
| 06/30 | | ACH Debit ACH Debit INDIANA | | |
| | | LOGO SIG ID9200502236 | | |
| | | Internet Initiated | | |
| | | Transaction- | 167.00 | |
| 06/30 | | ACH Debit INS. EQUITABLE | | |
| | | ID1135570651 | 594.04 | |
| 06/30 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 2,929.69 | |

## Checks Cleared

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 06/09 | 2079 | 701.11 | 06/05 | 2094 | 2,000.00 |
| 06/21 | 2088 * | 22.00 | 06/22 | 2095 | 2,000.00 |
| 06/05 | 2093 * | 4,200.00 | | | |

◇ = Indicates an Electronic Check.
* = Indicates a break in the Check number order.

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/01 | 14,059.39 | 06/12 | 13,975.83 | 06/23 | 1,372.27 |
| 06/02 | 1,873.93 | 06/13 | 12,862.97 | 06/26 | 15,135.49 |
| 06/05 | 3,049.16 | 06/14 | 14,627.35 | 06/27 | 13,846.88 |
| 06/06 | 2,871.04 | 06/15 | 2,653.61 | 06/28 | 12,779.26 |
| 06/07 | 3,348.08 | 06/16 | 1,152.92 | 06/29 | 15,789.81 |
| 06/08 | 8,298.17 | 06/20 | 13,247.28 | 06/30 | 1,575.35 |
| 06/09 | 21,986.46 | 06/21 | 10,224.96 | | |
| 06/10 | 7,314.65 | 06/22 | 5,665.18 | | |



Account:
Page: 10

**06/09/2023   2079   $701.11**

**06/21/2023   2088   $22.00**

**06/05/2023   2093   $4,200.00**

**06/05/2023   2094   $2,000.00**

**06/22/2023   2095   $2,000.00**

| CHECKS OUTSTANDING (CHECKS WRITTEN BUT NOT SHOWN) | | | | | | BANK BALANCE SHOWN ON THIS STATEMENT | $ |
|---|---|---|---|---|---|---|---|
| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | | **ADD +** DEPOSITS AND OTHER AMOUNTS NOT CREDITED ON THIS STATEMENT *(IF ANY)* | $ |
| | | | | | | | $ |
| | | | | | | **TOTAL** | $ |
| | | | | | | **SUBTRACT —** | $ |
| | | | | | | CHECKS OUTSTANDING | $ |
| | | | | | | **BALANCE    ★** | $ |
| | TOTAL | $ | | | | ★ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT. | |

### In Case of Errors or Questions about your Electronic Transfer

Write us at the address on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

### Computation of Interest Charge

We figure the interest charge on your account by applying the periodic rate to the daily balance of your account for each day in the billing cycle. To get the daily balance we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.
Since the Interest Charge continues to accrue on your balances subject to interest after the Statement Closing Date until all Loan(s), Interest Charges and Other Charges are paid in full, future statements may show an Interest Charge is Due even if you pay the entire balance subject to interest rate amount shown above.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address shown on your bill as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.



**FIRST SAVINGS BANK**
301 Southern Indiana Avenue
Jeffersonville, IN 47130
Phone: 812-283-0724 or 877-418-2669



LF-2085-FIRST


**FIRSTSAVINGS**
B   A   N   K.
*Where you're always First*

PERIODIC STATEMENT
Date:   Jul 31, 2023
Period: Jul 01, 2023 to Jul 31, 2023
   (31 Days )
Enclosures: 6

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

Personal Money Market accounts will now have a minimum balance of
$1,000.00.
Business Money Market accounts will now have a minimum balance
fee of $8.00

## Small Business Checking
**ACCOUNT : CK -**
 **JM Ways LLC**

### Enclosures: 6

## Account Summary

| | |
|---|---|
| Beginning Balance | |
| as of 07/01/23 | 1,575.35 |
| Deposits & Other Credits | 86,082.41 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 79,135.67 |
| Average Balance | 7,208.28 |
| Ending Balance | |
| as of 07/31/23 | 8,522.09 |

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| 07/03 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 119.77 |
| 07/03 | | ACH Credit 230703P2 Square | | |
| | | Inc ID9424300002 | | 140.78 |
| 07/03 | | ACH Credit GIFT CARD 5/3 | | |
| | | BANKCARD SYS ID1310281170 5/3 | | |
| | | BANKCARD GC FRANCH | | |
| | | STL4445024869315 SKYLINE | | |
| | | CHILI SOUTHE | | 311.37 |
| 07/03 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,977.76 |
| 07/03 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,274.82 |
| 07/03 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,688.60 |
| 07/05 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 134.48 |
| 07/05 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | |
| | | REF*TN*FH3GW17VGL\ | | 170.88 |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| 07/05 | | ACH Credit 230704P2 Square Inc ID9424300002 | | 365.15 |
| 07/05 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 413.29 |
| 07/05 | | ACH Credit 230705P2 Square Inc ID9424300002 | | 507.56 |
| 07/05 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,784.22 |
| 07/05 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,305.00 |
| 07/06 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 103.45 |
| 07/06 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 930.17 |
| 07/07 | | ACH Credit Jul Actvty GRUBHUB INC ID1261328194 | | 16.18 |
| 07/07 | | ACH Credit Jun Actvty GRUBHUB INC ID1261328194 | | 49.07 |
| 07/07 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 169.37 |
| 07/07 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,382.22 |
| 07/10 | | Deposit | | 4,000.00 |
| 07/10 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 30.06 |
| 07/10 | | ACH Credit 230710P2 Square Inc ID9424300002 | | 99.47 |
| 07/10 | | ACH Credit 230710P2 Square Inc ID9424300002 | | 228.80 |
| 07/10 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,917.41 |
| 07/10 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,287.96 |
| 07/10 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,401.19 |
| 07/11 | | ACH Credit EDI PAYMNT UBER | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | USA 6787 ID3320456349 | | 121.51 |
| 07/11 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 201.50 |
| 07/11 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,168.23 |
| 07/12 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 133.85 |
| 07/12 | | ACH Credit PAYMENT EZCATER | | |
| | | ID463389051 | | 309.95 |
| 07/12 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,511.76 |
| 07/13 | | Deposit | | 2,483.00 |
| 07/13 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 73.12 |
| 07/13 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,044.44 |
| 07/14 | | Deposit | | 1,364.29 |
| 07/14 | | ACH Credit Jul Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 92.74 |
| 07/14 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 185.50 |
| 07/14 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,177.99 |
| 07/17 | | ACH Credit 230717P2 Square | | |
| | | Inc ID9424300002 | | 15.28 |
| 07/17 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 102.31 |
| 07/17 | | ACH Credit 230717P2 Square | | |
| | | Inc ID9424300002 | | 131.35 |
| 07/17 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,365.32 |
| 07/17 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,460.16 |
| 07/17 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,803.53 |
| 07/18 | | ACH Credit 3505 Grant | | |





JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| | | DoorDash  Inc. ID4270465600 | | 256.28 |
| 07/18 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | |
| | | REF*TN*PIAQIRX2F5\ | | 403.53 |
| 07/18 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,215.15 |
| 07/19 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 153.46 |
| 07/19 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,991.21 |
| 07/20 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 115.13 |
| 07/20 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,984.71 |
| 07/21 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 76.05 |
| 07/21 | | ACH Credit Jul Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 149.36 |
| 07/21 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,705.08 |
| 07/24 | | ACH Credit 230724P2 Square | | |
| | | Inc ID9424300002 | | 97.56 |
| 07/24 | | ACH Credit 230724P2 Square | | |
| | | Inc ID9424300002 | | 103.51 |
| 07/24 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 163.66 |
| 07/24 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,497.13 |
| 07/24 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,115.43 |
| 07/24 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,410.87 |
| 07/25 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | |
| | | REF*TN*C6T88U49QN\ | | 249.32 |
| 07/25 | | ACH Credit 3505 Grant | | |



**FIRSTSAVINGS**
B A N K.
*Where you're always First*

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
| | | DoorDash Inc. ID4270465600 | | 381.63 |
| 07/25 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,836.16 |
| 07/26 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 105.82 |
| 07/26 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,090.54 |
| 07/27 | | Deposit | | 3,028.00 |
| 07/27 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 150.11 |
| 07/27 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,079.12 |
| 07/28 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 91.68 |
| 07/28 | | ACH Credit Jul Actvty GRUBHUB INC ID1261328194 | | 221.35 |
| 07/28 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,312.03 |
| 07/31 | | Deposit | | 1,026.23 |
| 07/31 | | ACH Credit 230731P2 Square Inc ID9424300002 | | 42.94 |
| 07/31 | | ACH Credit 3505 Grant DoorDash Inc. ID4270465600 | | 200.45 |
| 07/31 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 1,657.43 |
| 07/31 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,429.81 |
| 07/31 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 3,186.81 |
| 07/03 | | ATM POS Debit CIRCLE K 02230 CIRCLE K 02230 NEW ALBANY IN #3476 #000102 | 14.00 | |
| 07/03 | | ATM POS Debit WM SUPERCENTER # Wal-Mart Super Center NEW ALBANY IN #3476 #26910007 | 35.60 | |
| 07/03 | | ACH Debit TXNS/FEES HRTLAND | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| | | PMT SYS IDWFBEHPS001 | 722.74 | |
| 07/05 | | ATM POS Debit KROGER #396 200 | | |
| | | NEW ALBANY PL. NEW ALBANY IN | | |
| | | #3476 #50039672 | 12.23 | |
| 07/05 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,388.05 | |
| 07/06 | | ATM POS Debit WAL-MART #2691 | | |
| | | 2910 GRANT LINE ROAD NEW | | |
| | | ALBANY IN #3476 #24269101 | 51.76 | |
| 07/06 | | ATM POS Debit  SP | | |
| | | CONSOLIDATED PLAS | | |
| | | HTTPSWWW.CONS OH #3476 #MRH | 56.71 | |
| 07/07 | | ATM POS Debit  AMERICAN WATER | | |
| | | WORKS COMP 856-346-8200 NJ | | |
| | | #3476 #MRH | 347.10 | |
| 07/07 | | ACH Debit ADP FEES ADP | | |
| | | PAYROLL FEES ID9659605001 | 102.64 | |
| 07/07 | | ACH Debit PREM PMT GRANGE | | |
| | | INSURANCE ID1314192970 | 927.64 | |
| 07/07 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,233.02 | |
| 07/11 | | ACH Debit MPS BILLNG FIFTH | | |
| | | THIRD ACH ID1310281170 | 59.07 | |
| 07/11 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,068.92 | |
| 07/12 | | ACH Debit SETTLEMENT Rewards | | |
| | | Network ID2133698905 | 38.28 | |
| 07/14 | | ATM POS Debit  APR*APPRIVER | | |
| | | 850-932-5338 FL #3476 #MRH | 70.98 | |
| 07/14 | | Tfr to XXXXXX0796 payroll | | |
| | | Willow Management Gr | 12,500.00 | |
| 07/14 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,139.62 | |
| 07/17 | | ACH Debit ACH PMT AMEX | | |
| | | EPAYMENT ID0005000008 | 1,950.00 | |
| 07/18 | | ATM POS Debit WM SUPERCENTER | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | # Wal-Mart Super Center NEW ALBANY IN #3476 #26910028 | 30.80 | |
| 07/18 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3.295.05 | |
| 07/19 | | ATM POS Debit CHARLESTOWN CHARLESTOWN CHARLESTOWN IN #3476 #05295102 | 7.48 | |
| 07/19 | | ATM POS Debit MIDWEST SECURITY 888-408-0188 OH #3476 #MRH | 52.31 | |
| 07/19 | | ATM POS Debit CIRCLE K 02271 CIRCLE K 02271 JEFFERSONVILL IN #3476 #000102 | 72.80 | |
| 07/19 | | ATM POS Debit JEFFERSONVILLE PARKS DEPT 812-2856440 IN #3476 #MRH | 527.40 | |
| 07/19 | | ACH Debit SETTLEMENT Rewards Network ID2133698905 | 39.05 | |
| 07/21 | | ATM POS Debit WAL WAL-MART SUP 2691 WAL-SAMS NEW ALBANY IN #3476 #26910004 | 13.94 | |
| 07/21 | | ACH Debit ADP FEES ADP PAYROLL FEES ID9659605001 | 118.75 | |
| 07/21 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3.166.80 | |
| 07/24 | | ATM POS Debit XERO US INV-4685612 HTTPSWWW.XERO CO #3476 #MRH | 35.55 | |
| 07/24 | | Billpay Rob Howard | 400.00 | |
| 07/24 | | ACH Debit INDORITS DOR ITS PAYMENTS ID9207000TAX | 5.472.69 | |
| 07/25 | | ACH Debit 8002255627 NCR HSR DIV ID2141901461 | 57.18 | |
| 07/25 | | ACH Debit WEB_PAY DUKEENERGYCORPOR ID4700130001 | 1,970.00 | |
| 07/25 | | ACH Debit AR PAYMENT RFS | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
|  |  | Cincinnati ID2391168897 | 3,097.21 |  |
| 07/26 |  | ACH Debit SETTLEMENT Rewards |  |  |
|  |  | Network ID2133698905 | 55.57 |  |
| 07/28 |  | ATM POS Debit WM SUPERCENTER |  |  |
|  |  | # Wal-Mart Super Center NEW |  |  |
|  |  | ALBANY IN #3476 #26910004 | 30.45 |  |
| 07/28 |  | Tfr to XXXXXX0796 payroll |  |  |
|  |  | Willow Management Gr | 12,100.00 |  |
| 07/28 |  | ACH Debit AR PAYMENT RFS |  |  |
|  |  | Cincinnati ID2391168897 | 3,037.73 |  |
| 07/31 |  | Bill Payment Debit |  |  |
|  |  | MICROSOFT*STORE REDMOND WA |  |  |
|  |  | #3476 #00001000 | 69.99 |  |
| 07/31 |  | ATM POS Debit  Spectrum |  |  |
|  |  | 855-707-7328 MO #3476 #MRH | 530.72 |  |
| 07/31 |  | ACH Debit INS. EQUITABLE |  |  |
|  |  | ID1135570651 | 594.04 |  |

## Checks Cleared

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 07/10 | 2099 | 1,141.80 | 07/19 | 2102 | 2,000.00 |
| 07/07 | 2100 | 4,200.00 | 07/18 | 2103 | 300.00 |
| 07/07 | 2101 | 2,000.00 | 07/14 | 2104 | 5,000.00 |

^ = Indicates an Electronic Check.
* = Indicates a break in the Check number order.

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03 | 8,316.11 | 07/13 | 19,032.18 | 07/24 | 8,975.55 |
| 07/05 | 10,596.41 | 07/14 | 2,142.10 | 07/25 | 6,318.27 |
| 07/06 | 11,521.56 | 07/17 | 8,070.05 | 07/26 | 8,459.06 |
| 07/07 | 3,328.00 | 07/18 | 7,319.16 | 07/27 | 13,716.29 |
| 07/10 | 13,151.09 | 07/19 | 6,764.79 | 07/28 | 1,173.17 |
| 07/11 | 12,514.34 | 07/20 | 8,864.63 | 07/31 | 8,522.09 |
| 07/12 | 14,431.62 | 07/21 | 8,495.63 |  |  |



**JM WAYS LLC**
2099
DATE 6/26/23
PAY TO THE ORDER OF Zileta S.A. ____ $ 1141.86
Queen Hundred Fоrty one ____ DOLLARS
**FIRSTSAVINGS**
16917 ____ Michael S. Marlow

07/10/2023   2099   $1,141.80

**JM WAYS LLC**
2100
DATE 7/1/23
PAY TO THE ORDER OF ARC Wattlelwe LLC ____ $ 4200.00
Four Thousand Two Hundred ____ DOLLARS
**FIRSTSAVINGS**
____ Michael S. Marlow

07/07/2023   2100   $4,200.00

**JM WAYS LLC**
2101
DATE 7/1/23
PAY TO THE ORDER OF ARC Wattlelwe LLC ____ $ 2000.00
Two Thousand ____ DOLLARS
**FIRSTSAVINGS**
CAM ____ Michael S. Marlow

07/07/2023   2101   $2,000.00

**JM WAYS LLC**
2102
DATE 7/17/23
PAY TO THE ORDER OF ARC Wattlelwe LLC ____ $ 2000.00
Two Thousand ____ DOLLARS
**FIRSTSAVINGS**
Property Tax ____ Michael S. Marlow

07/19/2023   2102   $2,000.00

**JM WAYS LLC**
2103
DATE 7/6/23
PAY TO THE ORDER OF New Albany Epoch Social LLC ____ $ 300.00
Three Hundred ____ DOLLARS
**FIRSTSAVINGS**
Epoch Social ____ Michael S. Marlow

07/18/2023   2103   $300.00

**JM WAYS LLC**
2104
DATE 7/6/23
PAY TO THE ORDER OF JLS Architecture ____ $ 5000.00
Five Thousand ____ DOLLARS
**FIRSTSAVINGS**
Plans ____ Michael S. Marlow

07/14/2023   2104   $5,000.00

| CHECKS OUTSTANDING<br>(CHECKS WRITTEN BUT NOT SHOWN) | | | |
|---|---|---|---|
| CHECK NO. | AMOUNT | CHECK NO. | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $ | |

| BANK BALANCE SHOWN ON THIS STATEMENT | $_____ |
|---|---|
| **ADD +**<br>DEPOSITS AND OTHER AMOUNTS NOT CREDITED ON THIS STATEMENT<br>*(IF ANY)* | $_____<br><br>$_____ |
| **TOTAL** | $_____ |
| **SUBTRACT —** | $_____ |
| CHECKS OUTSTANDING | $_____ |
| **BALANCE** ★ | $_____ |

★ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT.

## In Case of Errors or Questions about your Electronic Transfer

Write us at the address on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

## Computation of Interest Charge

We figure the interest charge on your account by applying the periodic rate to the daily balance of your account for each day in the billing cycle. To get the daily balance we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.
Since the Interest Charge continues to accrue on your balances subject to interest after the Statement Closing Date until all Loan(s), Interest Charges and Other Charges are paid in full, future statements may show an Interest Charge is Due even if you pay the entire balance subject to interest rate amount shown above.

## What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address shown on your bill as soon as possible.
In your letter, give us the following information:

· Account information: Your name and account number.
· Dollar amount: The dollar amount of the suspected error.
· Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

## While we investigate whether or not there has been an error, the following are true:

· We cannot try to collect the amount in question, or report you as delinquent on that amount.
· The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
· While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
· We can apply any unpaid amount against your credit limit.



**FIRST SAVINGS BANK**
301 Southern Indiana Avenue
Jeffersonville, IN 47130
Phone: 812-283-0724 or 877-418-2669



LF-2085-FIRST



PERIODIC STATEMENT
Date:  Aug 13, 2023
Period: Aug 01, 2023 to Aug 13, 2023
     (13 Days )
Enclosures: 5

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

Personal Money Mkt accts will now have a min balance of $1,000.00.
Business Money Mkt accts will now have a minimum balance fee of $8.00.
Business Money Mkt debit activity of 6 trans are subject to $10.00 per
item. Savings will now compound monthly.

## Small Business Checking
### ACCOUNT : CK -
### JM Ways LLC

**Enclosures: 5**

## Account Summary

| | |
|---|---|
| Beginning Balance as of 08/01/23 | 8,522.09 |
| Deposits & Other Credits | 32,253.51 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 39,960.07 |
| Average Balance | 5,236.63 |
| Ending Balance as of 08/13/23 | 815.53 |

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|---|---|---|---|---|
| 08/01 | | ACH Credit EDI PAYMNT UBER USA 6787 ID3320456349 | | 242.44 |
| 08/01 | | ACH Credit 3505 Grant DoorDash  Inc. ID4270465600 | | 487.92 |
| 08/01 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,508.14 |
| 08/02 | | ACH Credit 3505 Grant DoorDash  Inc. ID4270465600 | | 115.17 |
| 08/02 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,092.49 |
| 08/03 | | ACH Credit 3505 Grant DoorDash  Inc. ID4270465600 | | 115.22 |
| 08/03 | | ACH Credit GIFT CARD 5/3 BANKCARD SYS ID1310281170 | | 387.15 |
| 08/03 | | ACH Credit TXNS/FEES HRTLAND PMT SYS IDWFBEHPS001 | | 2,251.13 |
| 08/04 | | ATM Deposit  3538 E 10TH STREET JEFFERSONVILL IN #3476 #FNCFF3A1 | | 180.00 |
| 08/04 | | ATM Deposit  3538 E 10TH | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #FNCFF3A1 | | 296.00 |
| 08/04 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 159.91 |
| 08/04 | | ACH Credit Jul Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 205.06 |
| 08/04 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,430.44 |
| 08/07 | | ACH Credit 230807P2 Square | | |
| | | Inc ID9424300002 | | 34.96 |
| 08/07 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 141.66 |
| 08/07 | | ACH Credit 230807P2 Square | | |
| | | Inc ID9424300002 | | 155.69 |
| 08/07 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,139.70 |
| 08/07 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,308.74 |
| 08/07 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,513.83 |
| 08/08 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 263.22 |
| 08/08 | | ACH Credit EDI PAYMNT UBER | | |
| | | USA 6787 ID3320456349 | | |
| | | REF*TN*0MX6HZVZ7G\ | | 346.78 |
| 08/08 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,899.77 |
| 08/09 | | ACH Credit 3505 Grant | | |
| | | DoorDash  Inc. ID4270465600 | | 130.90 |
| 08/09 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 2,160.95 |
| 08/10 | | ATM Deposit  3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #FNCFF3A1 | | 620.00 |
| 08/10 | | ATM Deposit  3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |



**FIRST SAVINGS**
B   A   N   K.
*Where you're always First*

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|-------------|---------------|
| | | #FNCFF3A1 | | 1,450.00 |
| 08/10 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 206.59 |
| 08/10 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,901.59 |
| 08/11 | | Deposit | | 296.00 |
| 08/11 | | ATM Deposit 3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #U751F3A1 | | 300.00 |
| 08/11 | | ATM Deposit 3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #U751F3A1 | | 367.00 |
| 08/11 | | ATM Deposit 3538 E 10TH | | |
| | | STREET JEFFERSONVILL IN #3476 | | |
| | | #U751F3A1 | | 399.00 |
| 08/11 | | ACH Credit Aug Actvty GRUBHUB | | |
| | | INC ID1261328194 | | 74.81 |
| 08/11 | | ACH Credit 3505 Grant | | |
| | | DoorDash Inc. ID4270465600 | | 90.91 |
| 08/11 | | ACH Credit EDI PAYMNT PEPSI | | |
| | | 6508 ID1371460334 | | |
| | | 00001*000003554\ | | 1,005.00 |
| 08/11 | | ACH Credit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | | 1,975.34 |
| 08/01 | | ATM POS Debit AMZN Mktp | | |
| | | US*TH9TA4OO1 Amzn.com/bill WA | | |
| | | #3476 #MRH | 17.44 | |
| 08/01 | | ACH Debit ACH Debit INDIANA | | |
| | | LOGO SIG ID9200502236 | | |
| | | Internet Initiated | | |
| | | Transaction- | 167.00 | |
| 08/01 | | ACH Debit TXNS/FEES HRTLAND | | |
| | | PMT SYS IDWFBEHPS001 | 722.09 | |
| 08/01 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,170.21 | |
| 08/02 | | ATM POS Debit MIDWEST | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|-------------------------|--------------|---------------|
| | | SECURITY 888-408-0188 OH #3476 #MRH | 52.31 | |
| 08/02 | | ATM POS Debit STORE SPACE ALBANY GRANT 833-7867366 IN #3476 #MRH | 218.00 | |
| 08/02 | | ACH Debit SETTLEMENT Rewards Network ID2133698905 | 92.48 | |
| 08/02 | | ACH Debit PYMT VECTREN ENERGY ID1350793669 | 1,044.67 | |
| 08/02 | | ACH Debit INS PYMT HUMANA INC. ID9040604802 | 1,500.00 | |
| 08/03 | | ATM POS Debit WM SUPERCENTER # Wal-Mart Super Center NEW ALBANY IN #3476 #26910003 | 18.31 | |
| 08/04 | | ATM POS Debit WAL-MART #2691 2910 GRANT LINE ROAD NEW ALBANY IN #3476 #24269101 | 21.09 | |
| 08/04 | | ATM POS Debit AT&T STORE PLEASANT HILL CA #3476 #MRH | 203.82 | |
| 08/04 | | ACH Debit ADP FEES ADP PAYROLL FEES ID9659605001 | 103.25 | |
| 08/04 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,105.82 | |
| 08/08 | | ACH Debit PREM PMT GRANGE INSURANCE ID1314192970 | 927.64 | |
| 08/08 | | ACH Debit AR PAYMENT RFS Cincinnati ID2391168897 | 3,377.78 | |
| 08/09 | | ACH Debit MPS BILLNG FIFTH THIRD ACH ID1310281170 | 10.38 | |
| 08/09 | | ACH Debit SETTLEMENT Rewards Network ID2133698905 | 71.97 | |
| 08/09 | | ACH Debit WEB_PAY RUMPKE ID9900463002 Internet Initiated Transaction | 321.77 | |
| 08/11 | | ATM POS Debit COCA COLA CONSOLIDATED I 800-777-2262 | | |



JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE, IN 47130-7285

## Deposits and Withdrawals Transaction Information

| Date | Number | Transaction Description | Debit Amount | Credit Amount |
|------|--------|------------------------|--------------|---------------|
| | | NC #3476 #MRH | 134.90 | |
| 08/11 | | Withdrawal | 292.65 | |
| 08/11 | | Tfr to XXXXXX0796 pay roll | | |
| | | Willow Management Gr | 11,000.00 | |
| 08/11 | | ACH Debit AR PAYMENT RFS | | |
| | | Cincinnati ID2391168897 | 3,178.09 | |

## Checks Cleared

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 08/04 | 2108 | 4,200.00 | 08/08 | 2112 | 34.40 |
| 08/04 | 2109 | 2,000.00 | 08/07 | 2114 * | 1,974.00 |
| 08/08 | 2111 * | 2,000.00 | | | |

^ = Indicates an Electronic Check.
* = Indicates a break in the Check number order.

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/01 | 7,683.85 | 08/07 | 8,677.25 | 08/11 | 815.53 |
| 08/02 | 6,984.05 | 08/08 | 4,847.20 | 08/13 | 815.53 |
| 08/03 | 9,719.24 | 08/09 | 6,734.93 | | |
| 08/04 | 3,356.67 | 08/10 | 10,913.11 | | |



Account:
Page: 6

**08/11/2023      $292.65**



**08/04/2023    2108    $4,200.00**

**08/04/2023    2109    $2,000.00**



**08/08/2023    2111    $2,000.00**

**08/08/2023    2112    $34.40**



**08/07/2023    2114    $1,974.00**

| CHECKS OUTSTANDING (CHECKS WRITTEN BUT NOT SHOWN) | | | | | BANK BALANCE SHOWN ON THIS STATEMENT | $ |
|---|---|---|---|---|---|---|
| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | **ADD +** DEPOSITS AND OTHER AMOUNTS NOT CREDITED ON THIS STATEMENT *(IF ANY)* | $ |
| | | | | | | $ |
| | | | | | **TOTAL** | $ |
| | | | | | **SUBTRACT —** | $ |
| | | | | | CHECKS OUTSTANDING | $ |
| | | | | | **BALANCE  ★** | $ |
| | | TOTAL | $ | | | |

★ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT.

### In Case of Errors or Questions about your Electronic Transfer

Write us at the address on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

### Computation of Interest Charge

We figure the interest charge on your account by applying the periodic rate to the daily balance of your account for each day in the billing cycle. To get the daily balance we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.
Since the Interest Charge continues to accrue on your balances subject to interest after the Statement Closing Date until all Loan(s), Interest Charges and Other Charges are paid in full, future statements may show an Interest Charge is Due even if you pay the entire balance subject to interest rate amount shown above.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address shown on your bill as soon as possible.
In your letter, give us the following information:

* Account information: Your name and account number.
* Dollar amount: The dollar amount of the suspected error.
* Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.



**FIRST SAVINGS BANK**
301 Southern Indiana Avenue
Jeffersonville, IN 47130
Phone: 812-283-0724 or 877-418-2669



LF-2085-FIRST



**FIRST SAVINGS**
**B A N K .**

301 Southern Indiana Avenue
Jeffersonville, IN 47130

| | |
|---|---|
| Account Number | |
| Statement Date | 08/31/2023 |
| Statement Thru Date | 08/31/2023 |
| Check/Items Enclosed | 3 |
| Page | 1 |

00003948 M12820DDA09012300365 01 000000000 0000000 006

JM WAYS LLC
3310 E 10TH ST # 351
JEFFERSONVLLE IN 47130-7285

### Customer Service Information

| | | |
|---|---|---|
| 📱 | Phone: | 1-833-372-4968 |
| ✉ | Mailing Address: | 301 Southern Indiana Avenue, Jeffersonville, IN 47130 |
| 🖥 | Visit Us Online: | www.fsbbank.net |
| ✉ | Email: | info@fsbbank.net |
| | Find Us On: | f y o in |

## SMALL BUSINESS CHECKING

**Account Number:**

**Account Owner(s):   JM WAYS LLC**

### Balance Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 08/12/2023** | **$815.53** | Service Charges for Period | $0.00 |
| + Deposits and Credits  (47) | $54,385.04 | Average Balance for Period | $6,802 |
| - Withdrawals and Debits  (46) | $46,910.35 | Minimum Balance for Period | $0 |
| **Ending Balance as of 08/31/2023** | **$8,290.22** | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Aug 14 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 67.87 |
| Aug 14 | SQUARE INC/230814P2 L21652536516 JM WAYS LLC | 312.00 |
| Aug 14 | SQUARE INC/230814P2 L21652536517 JM WAYS LLC | 506.09 |
| Aug 14 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,181.79 |
| Aug 14 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,576.76 |
| Aug 14 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,813.71 |
| Aug 15 | DEPOSIT# 000001776249517 | 381.40 |
| Aug 15 | UBER USA 6787/EDI PAYMNT REF*TN*VK0WA7HL9A\ SKYLINE CHILI 3505 GRA | 231.57 |
| Aug 15 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 280.54 |
| Aug 15 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,288.88 |
| Aug 16 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 86.04 |
| Aug 16 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,360.03 |
| Aug 17 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 133.94 |
| Aug 17 | SQUARE INC/230817P2 L21652871438 JM WAYS LLC | 239.34 |
| Aug 17 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,539.12 |
| Aug 18 | GRUBHUB INC/AUG ACTVTY JM WAYS LLC | 63.06 |
| Aug 18 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 166.98 |
| Aug 18 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,176.93 |
| Aug 21 | SQUARE INC/230821P2 L21653181535 JM WAYS LLC | 11.48 |
| Aug 21 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 43.20 |
| Aug 21 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,059.15 |
| Aug 21 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,177.49 |

MEMBER FDIC 



00003948 0014266 0001-0005 M12820DDA09012300365 01 L 00000000

| CHECKS OUTSTANDING (CHECKS WRITTEN BUT NOT SHOWN) | | | | |
|---|---|---|---|---|
| CHECK NO. | AMOUNT | CHECK NO. | AMOUNT | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL | $ | | |

| | |
|---|---|
| BANK BALANCE SHOWN ON THIS STATEMENT | $_____ |
| ADD + DEPOSITS AND OTHER AMOUNTS NOT CREDITED ON THIS STATEMENT *(IF ANY)* | $_____ $ |
| TOTAL | $_____ |
| SUBTRACT — | $_____ |
| CHECKS OUTSTANDING | $_____ |
| BALANCE ★ | $_____ |

★ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT.

**In Case of Errors or Questions about your Electronic Transfer**

Write us at the address on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

**Computation of Interest Charge**

We figure the interest charge on your account by applying the periodic rate to the daily balance of your account for each day in the billing cycle. To get the daily balance we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.
Since the Interest Charge continues to accrue on your balances subject to interest after the Statement Closing Date until all Loan(s), Interest Charges and Other Charges are paid in full, future statements may show an Interest Charge is Due even if you pay the entire balance subject to interest rate amount shown above.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your bill as soon as possible.
In your letter, give us the following information:

* Account information:  Your name and account number.
* Dollar amount:  The dollar amount of the suspected error.
* Description of Problem:  If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**While we investigate whether or not there has been an error, the following are true:**

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.



**FIRST SAVINGS BANK**
301 Southern Indiana Avenue
Jeffersonville, IN 47130
Phone: 812-283-0724 or 877-418-2669

EQUAL HOUSING LENDER

LF-2085-FIRST



| | Account Number | |
|---|---|---|
| | Statement Date | 08/31/2023 |
| | Statement Thru Date | 08/31/2023 |
| | Page | 2 |

## DEPOSITS AND OTHER CREDITS (Continued)

| Date | Description | Deposits |
|---|---|---|
| Aug 21 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,242.66 |
| Aug 22 | UBER USA 6787/EDI PAYMNT REF*TN*C02U282X3I\ SKYLINE CHILI 3505 GRA | 53.31 |
| Aug 22 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 190.79 |
| Aug 22 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 1,784.64 |
| Aug 23 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 92.29 |
| Aug 23 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 1,726.93 |
| Aug 24 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 39.53 |
| Aug 24 | SQUARE INC/230824P2 L21653527372 JM WAYS LLC | 427.48 |
| Aug 24 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 1,886.69 |
| Aug 25 | DEPOSIT | 300.00 |
| Aug 25 | DEPOSIT# 000001776249517 | 3,906.00 |
| Aug 25 | GRUBHUB INC/AUG ACTVTY JM WAYS LLC | 133.27 |
| Aug 25 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 211.86 |
| Aug 25 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 1,978.65 |
| Aug 28 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 129.57 |
| Aug 28 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,348.54 |
| Aug 28 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,418.27 |
| Aug 28 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,814.56 |
| Aug 29 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 310.25 |
| Aug 29 | UBER USA 6787/EDI PAYMNT REF*TN*EBMIKBTP6Q\ SKYLINE CHILI 3505 GRA | 339.32 |
| Aug 29 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 3,199.92 |
| Aug 30 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 136.91 |
| Aug 30 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 2,136.27 |
| Aug 31 | DOORDASH, INC./3505 GRANT JM WAYS LLC | 133.35 |
| Aug 31 | HRTLAND PMT SYS/TXNS/FEES SKYLINE CHILI OF SOUTH | 1,746.61 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Aug 14 | WAL-MART SUPER CENTER  NEW ALBANY    IN | 106.10 |
| Aug 15 | AMERICAN WATER E/BILLPAY AMERICAN WATER JM WAYS LLC | 260.00 |
| Aug 15 | AMEX EPAYMENT/ACH PMT MIKE MARLOW | 1,000.00 |
| Aug 15 | RFS CINCINNATI/AR PAYMENT SKYLINE OF SOUTHERN IN | 3,210.16 |
| Aug 16 | REWARDS NETWORK/SETTLEMENT SKYLINE CHILI OF SOUTH | 49.32 |
| Aug 16 | TELEPHONE TRANSFER WITHDRAWAL | 3,250.00 |
| Aug 18 | ADP PAYROLL FEES/ADP FEES 639961316SKYLINE CHILI | 141.90 |
| Aug 18 | DUKEENERGYCORPOR/WEB_PAY 1110798587 | 1,550.00 |
| Aug 18 | RFS CINCINNATI/AR PAYMENT SKYLINE OF SOUTHERN IN | 3,125.14 |
| Aug 22 | RFS CINCINNATI/AR PAYMENT SKYLINE OF SOUTHERN IN | 3,258.54 |
| Aug 23 | NCR HSR DIV/8002255627 JM WAYS LLC | 57.18 |
| Aug 23 | REWARDS NETWORK/SETTLEMENT SKYLINE CHILI OF SOUTH | 72.51 |
| Aug 23 | DOR ITS PAYMENTS/INDORITS SKYLINE CHILI OF SOUTH | 5,493.43 |
| Aug 24 | BILL PAY VB3CMS97 ROB HOWARD | 400.00 |
| Aug 25 | ADP PAYROLL FEES/ADP FEES 640430964SKYLINE CHILI | 68.10 |
| Aug 25 | RFS CINCINNATI/AR PAYMENT SKYLINE OF SOUTHERN IN | 3,219.19 |
| Aug 25 | INTERNET TRANSFER TO CHECKING-0796 | 10,800.00 |
| Aug 29 | RFS CINCINNATI/AR PAYMENT SKYLINE OF SOUTHERN IN | 3,200.47 |
| Aug 30 | REWARDS NETWORK/SETTLEMENT SKYLINE CHILI OF SOUTH | 62.60 |
| Aug 30 | EQUITABLE/INS. 118303376MM JM WAYS | 594.04 |
| Aug 30 | INTERNET TRANSFER TO CHECKING-0796 | 3,000.00 |

00003948 0014268 0002-0005





Account Number    ██████████
Statement Date    08/31/2023
Statement Thru Date    08/31/2023
Page    3

## ATM/POS TRANSACTION SUMMARY

| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| Aug 14 | ACCT-TO-ACCT TRANSFER APR*APPRIVER 850-932-5338 FL *****3476 08/13 00:42 | | 70.98 |
| Aug 14 | POS PURCHASE NON-PIN WAL WAL-MART SUPER 451765 2691 WAL-SAMS NEW ALBANY IN *****3476 08/14 11:00 | | 16.34 |
| Aug 14 | POS PURCHASE NON-PIN GFS STORE #1515 1060 VETERANS PARKWAY CLARKSVILLE IN *****3476 08/14 11:39 | | 40.11 |
| Aug 16 | POS PURCHASE NON-PIN IN *GASKET GUY OF LOUISVI IN *GASKET GUY OF LOUIS 800-262-3246 CA *****3476 08/15 19:54 | | 69.55 |
| Aug 21 | POS PURCHASE NON-PIN WM SUPERCENTER #2691 WAL-MART SUPER CENTER NEW ALBANY IN *****3476 08/19 13:10 | | 72.46 |
| Aug 21 | POS PURCHASE NON-PIN KROGER #396 200 NEW ALBANY PL. NEW ALBANY IN *****3476 08/20 15:07 | | 8.92 |
| Aug 22 | POS PURCHASE NON-PIN WAL WAL-MART SUPER 142659 2691 WAL-SAMS NEW ALBANY IN *****3476 08/22 08:14 | | 11.69 |
| Aug 23 | POS PURCHASE NON-PIN XERO US INV-4749320 HTTPSWWW.XERO CO *****3476 08/22 14:53 | | 37.00 |
| Aug 23 | POS PURCHASE NON-PIN CASEYS #4273 3718 CLIFTY DR MADISON IN *****3476 08/23 13:41 | | 20.02 |
| Aug 25 | POS PURCHASE NON-PIN CIRCLE K 02230 NEW ALBANY IN *****3476 08/23 03:57 | | 20.00 |
| Aug 25 | POS PURCHASE NON-PIN MIDWEST SECURITY 888-408-0188 OH *****3476 08/24 00:53 | | 255.00 |
| Aug 28 | POS PURCHASE NON-PIN USPS PO 1759840750 145 E ELM ST NEW ALBANY IN *****3476 08/28 09:22 | | 30.40 |
| Aug 29 | POS PURCHASE NON-PIN WAL-MART #2691 2910 GRANT LINE ROAD NEW ALBANY IN *****3476 08/29 09:46 | | 124.49 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:30 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:31 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:31 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:31 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:32 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:32 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN CINTAS CORP 972-9967900 OH *****3476 08/29 03:32 | | 42.80 |
| Aug 30 | POS PURCHASE NON-PIN WM SUPERCENTER #2691 WAL-MART SUPER CENTER NEW ALBANY IN *****3476 08/30 09:21 | | 25.02 |
| Aug 30 | ACCT-TO-ACCT TRANSFER SPECTRUM 855-707-7328 MO *****3476 08/30 12:22 | | 249.40 |

00003948 0014269 0003-0005





| | |
|---|---|
| Account Number | ██████████ |
| Statement Date | 08/31/2023 |
| Statement Thru Date | 08/31/2023 |
| Page | 4 |

## CHECKS PAID

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| Aug 25 | 0 | 200.00 | Aug 22 | *2110 | 2,000.00 | Aug 16 | *2113 | 440.69 |

\* Indicates a Skip in Check Number(s)

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Aug 14 | 9,040.22 | Aug 21 | 13,343.89 | Aug 28 | 7,843.21 |
| Aug 15 | 7,752.45 | Aug 22 | 10,102.40 | Aug 29 | 8,367.74 |
| Aug 16 | 6,388.96 | Aug 23 | 6,241.48 | Aug 30 | 6,410.26 |
| Aug 17 | 9,301.36 | Aug 24 | 8,195.18 | Aug 31 | 8,290.22 |
| Aug 18 | 6,891.29 | Aug 25 | 162.67 | | |





| | |
|---|---|
| Account Number | ███████ |
| Statement Date | 08/31/2023 |
| Statement Thru Date | 08/31/2023 |
| Page | 5 |

## CHECK IMAGES



| 08/25/2023 | Check 0 | $200.00 |
| 08/22/2023 | Check 2110 | $2,000.00 |
| 08/16/2023 | Check 2113 | $440.69 |

00003948 0014271 0005-0005



B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **JMWays LLC d/b/a Skyline Chili**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **0.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and advise as to reaffirmation agreements.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Discharge litigations; 707 and 523 actions; exemption issues including, but not limited to, contested motions for the turnover by the trustee; contested lien avoidence motions; contested adversary proceedings for the purpose of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 6, 2023**
_Date_

/s/ Weston E. Overturf
**Weston E. Overturf**
_Signature of Attorney_
**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-777-7443**
_Name of law firm_

# United States Bankruptcy Court
## Southern District of Indiana

In re   **JMWays LLC d/b/a Skyline Chili**            Case No. _____

                                 Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  6, 2023** _____        Signature   **/s/ William Jacobs**

                                                      **William Jacobs**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                                          )        Case No. _____
**JMWays LLC d/b/a Skyline Chili**              )
                                                                    )        ☐ Check if this form is submitted with an amended creditor
_____  )            list.
                                              Debtor(s).  )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **October  6, 2023**                                     **/s/ William Jacobs**
_____                    _____
                                                                          **William Jacobs**
                                                                          Signature of Debtor


                                                                          _____
                                                                          Signature of Joint Debtor


**(Note: Certificate of Service not required.)**

FIRST SAVINGS BANK
501 E. LEWIS & CLARK PARKWAY
CLARKSVILLE, IN 47129


INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
INDIANAPOLIS, IN 46204


MICHAEL MARLOW
3310 E 10TH ST. #351
JEFFERSONVILLE, IN 47130


MIKE MARLOW
3310 E 10TH ST. SUITE 351
JEFFERSONVILLE, IN 47130


NA ONE LLC
3310 E 10TH ST. #351
JEFFERSONVILLE, IN 47130


SKYLINE CHILI, INC.
4180 THUNDERBIRD LANE
FAIRFIELD, OH 45014

```
SKYLINE CHILI, INC.
4180 THUNDERBIRD LN.
FAIRFIELD, OH 45014




WILLIAM JACOBS
3505 GRANT LINE RD.
NEW ALBANY, IN 47150




WILLIAM JACOBS
3505 GRANT LINE RD.
NEW ALBANY, IN 47150
```

# United States Bankruptcy Court
## Southern District of Indiana

In re   **JMWays LLC d/b/a Skyline Chili**
                                    Debtor(s)

Case No.
Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JMWays LLC d/b/a Skyline Chili**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  6, 2023**
Date

**/s/ Weston E. Overturf**
**Weston E. Overturf**
Signature of Attorney or Litigant
Counsel for   **JMWays LLC d/b/a Skyline Chili**
**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-777-7443**